Earl Leroy **FRANKLIN**, Jr.,
Petitioner–Appellant,

v.

Eric R. **FRANKLIN**, Warden,
Respondent–Appellee.

No. 05–6309.

United States Court of Appeals,
Tenth Circuit.

April 11, 2006.

Earl Leroy Franklin, Lexington, OK, pro se.

---

Diane L. Slayton, Asst., Attorney Gen., Office of the Attorney General, Oklahoma City, OK, for Respondent–Appellee.

Before HARTZ, EBEL, and TYMKOVICH, Circuit Judges.

## ORDER

DAVID M. EBEL, Circuit Judge.

Petitioner–Appellant Earl Leroy Franklin seeks a certificate of appealability ("COA"), *see* 28 U.S.C. § 2253(c), to enable him to appeal from the district court's decision denying Franklin habeas relief, *see* 28 U.S.C. § 2254, from his Oklahoma convictions and sentences for possessing cocaine and assault and battery on a police officer.[1] To be entitled to a COA, a defendant must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A defendant makes such a showing if it appears that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further." *Slack v. McDaniel,* 529 U.S. 473, 483–84, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000) (quotations omitted).

In his appellate brief, Franklin asserts three claims for habeas relief: 1) he was the subject of an unreasonable seizure, contrary to the Fourth Amendment; 2) the trial court denied him due process when it permitted the Government to present Officer Moon as a rebuttal witness; and 3) the

1. We grant Franklin's motion to proceed on appeal in forma pauperis. *See* 28 U.S.C. § 1915.

2. In the district court, Franklin also argued that his sentence violated *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159

trial court denied Franklin due process by improperly instructing jurors on the applicable sentencing range.[2] For substantially the reasons stated by the magistrate judge, in his report and recommendation adopted by the district court, we conclude Franklin has failed to make a substantial showing of the denial of a constitutional right. Therefore, we DENY his application for a COA and DISMISS this appeal.

L.Ed.2d 403 (2004), and *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Because he does not reassert that argument on appeal, however, we deem the argument waived.